IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 21-cv-01617-CMA-MDB | Date: January 11, 2023 |
| Courtroom Deputy: E. Lopez Vaughan | FTR: Courtroom 101 |

| _Parties:_ | _Counsel:_ |
|---|---|
| Ramon Cordova-Gonzalez, et al | Andrew Turner |
|    Plaintiff, | |
| v. | |
| TW Lath-N-Stucco, Inc., et al | Jessica Kyle |
|    Defendant. | |

**COURTROOM MINUTES**

**FINAL FAIRNESS HEARING**

**11:30 a.m.     Court in session.**

Court calls case. Appearances of counsel.

Parties make additional arguments in support of their _Joint Motion to Grant Final Approval of Class Action Settlement_ (ECF No. 52) and Plaintiff's _Unopposed Motion for Attorney's Fees_ (ECF No. 53). The Court notes its authority to issue an order in connection with the subject settlement agreement may be limited to the prior motion filed for preliminary approval. The Court hears arguments on ECF No.'s 52 amd 53 but reserves ruling pending their referral. Parties indicate intent to file a joint motion consenting to the jurisdiction of this Court for final determination.

**11:42 a.m.     Court in recess.**

Hearing concluded.
Total in-court time     00:12

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.